| | |
|---|---|
| 1 | DANIEL A. BACON 065099 |
| | ATTORNEY AT LAW |
| 2 | 5200 NORTH PALM AVENUE, SUITE 408 |
| | FRESNO, CALIFORNIA 93704-2225 |
| 3 | TELEPHONE: (559) 241-7000 |
| 4 | ATTORNEY FOR JANAMJOT SINGH SODHI |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-00332 LJO |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | |
| JANAMJOT SINGH SODHI, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, namely the United States of America, through its attorney, Assistant U.S. Attorney Kirk E. Sherriff, and Defendant Janamjot Singh Sodhi, through his attorney Daniel A. Bacon, and approved by U.S. Pretrial Services officer Jacob M. Scott, that the defendant's terms of pretrial release may be amended as follows: that Mr. Sodhi may leave the Eastern District of California and travel to Washington, D.C. for the purpose of attending the wedding celebration of his first cousin on November 21, 2012, returning on November 26, 2012.

All of the defendant's other pretrial release conditions, including electronic monitoring, shall remain in effect.

Dated: November 16, 2012  BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By:/s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant U.S. Attorney

Dated: November 16, 2012.

Stipulation and Order

1
2                              /s/ Daniel A. Bacon
                               DANIEL A. BACON, Attorney for
3                              JANAMJOT SINGH SODHI , Defendant
4
                               ORDER
5
6
   IT IS SO ORDERED.
7
   **Dated:**   **November 16, 2012**            **/s/ Barbara A. McAuliffe**
8
                                          UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order                                                2