BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 1:11-CR-00332 LJO |
| Plaintiff, | ) |
| | ) APPLICATION AND ORDER REGARDING |
| v. | ) FINANICAL DISCLOSURES |
| | ) |
| JANAMJOT SINGH SODHI, | ) |
| Aka Jimmy Sodhi, | ) |
| Aka Jimmy Singh, | ) |
| | ) |
| Defendant. | ) |

On January 22, 2013, the Defendant herein, JANAMJOT SINGH SODHI, entered a guilty plea to Counts One, Two, Six, Seven and Ten of the Indictment, which charges him with Mail Fraud and Wire Fraud, in violation of 18 U.S.C. §§ 1341 and 1343.

As part of his Plea Agreement with the United States, the Defendant agreed to make full and complete disclosure of his assets and financial condition, and to complete the United States Attorney's Office's "Authorization to Release Information" and "Financial Statement Pre-Sentencing Disclosure" (Financial Affidavit) within five (5) weeks from the entry of defendant's change of plea (see Dkt.

# 26, ¶3(j)).  The Defendant also agreed to have the Court enter an order to that effect (id.).

Accordingly, the United States hereby applies for entry of an order as follows:

1. The Defendant herein, JANAMJOT SINGH SODHI, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information," and provide those forms to the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721 no later than February 26, 2013.

Dated:  February 12, 2013               BENJAMIN B. WAGNER
                                        United States Attorney


                                         /s/ Christopher D. Baker
                                        KIRK E. SHERRIFF
                                        CHRISTOPHER D. BAKER

                                        Assistant U.S. Attorneys

APPLICATION AND [PROPSED] ORDER REGARDING FINANCIAL DISCLOSURES

ORDER

The Defendant herein, JANAMJOT SINGH SODHI, is hereby ordered to complete and sign both the "Financial Statement Pre-Sentencing Disclosure" and the "Authorization to Release Information," and provide those forms to the United States Attorney's Office, Attention FLU Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721 no later than February 26, 2013.

IT IS SO ORDERED.


Dated: _____

_____
Hon. Lawrence J. O'Neill
United States District Judge

IT IS SO ORDERED.

Dated: __**February 12, 2013**__          __**/s/ Lawrence J. O'Neill**__
                                         UNITED STATES DISTRICT JUDGE